UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JAMIE LEE BLEDSOE, #1008097, | § | |
| | § | |
| vs. | § | CASE NO. 2:08-CV-241-TJW-CE |
| | § | |
| MARSHALL CITY POLICE DEPT., ET AL. | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 27) has been presented for consideration. The report recommends that claims against Defendants McCain, Khunn and Larry Smith relating to Cause No. 08-0177X be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and that claims against Defendant Moore be dismissed without prejudice. The report recommends that this case should be dismissed and final judgment entered and this case closed. No objections to the Magistrate Judge's report were filed.

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, it is ORDERED that claims against Defendants McCain, Khunn and Larry Smith relating to Cause No. 08-0177X be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and the claims against Defendant Moore be dismissed without prejudice. All claims in this case are DISMISSED and this case is CLOSED. This is FINAL JUDGMENT.

It is so Ordered.

SIGNED this 29th day of August, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE