IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| JAMIE LEE BLEDSOE, #1008097 | § | |
| VS. | § | CIVIL ACTION NO. 2:08cv241 |
| MARSHALL CITY POLICE DEPT., ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Charles Everingham IV. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the claims against Defendants McCain, Khunn and Larry Smith relating to Cause No. 08-0177X be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1); the claims against Defendant Moore be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m); and this case be **DISMISSED** and the **CASE CLOSED**. All motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 12th day of September, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE